# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALDERMA S.A.,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. PERI and<br>SKINN COSMETICS, LLC,<br><br>Defendants. | Case No. 2:16-CV-02366-BRO-JEM<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties, and good cause being shown thereby, it is hereby ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 28, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge